KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLOR DEL ROSARIO RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT DIVINE, Acting Director, United States Citizenship and Immigration Services,<br><br>　　　　　Defendant. | No. C 05-4989 JSW<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

　　Plaintiff, by and through her attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　1. Plaintiff filed this action on or about December 2, 2005, and Defendant filed his answer on February 7, 2006.

　　2. Pursuant to this Court's December 6, 2005 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on March 3, 2006, and attend a case management conference on March 10, 2006.

　　3. Defendant's attorneys of record hereby respectfully ask this Court to extend the dates because lead counsel will be out of the country that on that date, and Plaintiff's attorney is unavailable during the weeks of March 13 and March 20, 2006. The parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C05-4989 JSW

|   |   |
|---|---|
| Last day to file/serve Joint Case Management Statement: | March 24, 2006 |
| Case Management Conference: | March 31, 2006, at 1:30 p.m. |

Date: February 16, 2006            Respectfully submitted,

                                        KEVIN V. RYAN
                                      United States Attorney

                                        _____/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorneys for Defendant

                                        _____/s/_____
Date: February 16, 2006            JONATHAN M. KAUFMAN
                                        Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 17, 2006            _____/s/ Jeffrey S. White_____
                                        JEFFREY S. WHITE
                                        United States District Judge