KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLOR DEL ROSARIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DIVINE, Acting Director, United States Citizenship and Immigration Services,<br><br>Defendant. | No. C 05-4989 JSW<br><br>**STIPULATION TO VACATE HEARING DATE AND HOLD PROCEEDINGS IN ABEYANCE; and [PROPOSED] ORDER** |

Subject to the Court's approval, the parties, through their undersigned counsel of record, hereby agree to stipulate as follows:

1. On April 25, 2005, the Department of Homeland Security granted Plaintiff, a citizen of El Salvador, temporary protective status (TPS) pursuant to 8 U.S.C. §1254a(a), valid until September 9, 2006.

2. On February 24, 2006, the Department of Homeland Security initiated removal proceedings against Plaintiff by issuing a Notice to Appear (NTA), charging Plaintiff, a citizen of El Salvador, as removable under 8 U.S.C. §212(a)(6)(A)(i).

3. Plaintiff is scheduled to appear before an immigration judge (IJ) on May 17, 2006, in San Francisco, California.

4. At Plaintiff's next removal hearing, Plaintiff will plead to the notice to appear, deny she is

subject to removal as charged, file a motion to terminate her removal proceedings and personally serve said motion to the attention of Lucia A. Fiorentino, Asst. Chief Counsel, 550 Kearny St., Suite 1000, San Francisco, California, 94108.

5. If the IJ denies Plaintiff's motion to terminate the removal proceedings, Plaintiff agrees to voluntarily dismiss this action. Each party to bear their own costs and fees.

Accordingly, the parties request that the Court order as follows:

1. The April 21, 2006 hearing date on Plaintiff's motion for summary judgment is VACATED.
2. This action is held in abeyance pending a ruling by the IJ on Plaintiff's motion to terminate removal proceedings.
3. Within 10 days of the IJ's decision, the parties shall move this Court for appropriate relief.

Date: March 30, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Date: March 30, 2006

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 30, 2006

JEFFREY S. WHITE
United States District Judge

Stip to Hold Case in Abeyance
C05-4989 JSW