KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLOR DEL ROSARIO RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT DIVINE, Acting Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | No. C 05-4989 JSW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate to dismiss the Complaint for Declaratory Judgment and Injunction in the above-entitled proceeding because, pursuant to the parties' March 30, 2006 stipulation, as approved by the Court, Plaintiff agreed to voluntarily dismiss the action if the Immigration Judge denied Plaintiff's motion to terminate removal proceedings. On May 17, 2006, the Immigration Judge denied the motion to terminate.

    Accordingly, the parties respectfully request that the Court dismiss the Complaint. The parties will bear their own costs.

///

///

Stip to Dismiss
C05-4989 JSW

| | | |
|---|---|---|
| 1 | Date: May 18, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 5 | | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendant |
| 8 | Date: May 18, 2006 | /s/<br>JONATHAN M. KAUFMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 19, 2006

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

Stip to Dismiss
C05-4989 JSW